UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

          Plaintiff,

v.

STATE OF WASHINGTON, et al.,

          Defendants.

C22-769 TSZ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation (docket no. 2);

(2)    plaintiff's application to proceed *in forma pauperis* (docket no. 1) is DENIED and the complaint is DISMISSED without prejudice;

(3)    the Clerk shall enter judgment and close this case.

Dated this 25th day of July.

                                           Thomas S. Zilly
                                           United States District Judge